```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 04 B 28542
   EDERIO MEJONG TESIORNA
   MILAGROS TESIORNA                              CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

             Debtor
    SSN XXX-XX-9628      SSN XXX-XX-4862


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 08/02/04 and confirmed on 10/29/04.

      2.  The plan is paid in full.

      3.  The Debtor paid a total of $ 273424.30 .

      4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
---------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG      183873.74            .00        183873.74
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE       16729.05            .00         16729.05
FORD MOTOR CREDIT CO      SECURED             14700.00         1130.33        14700.00
GRAND GENEVA LLC          SECURED             10300.52          630.62        10300.52
TOYOTA MOTOR CREDIT CORP  SECURED             17032.78         1988.13        17032.78
INTERNAL REVENUE SERVICE  PRIORITY             2876.55          553.34         2876.55
ILLINOIS DEPT REVENUE     PRIORITY              222.51           37.65          222.51
AT&T MOBILITY LLC         FILED LATE              .00             .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED            1106.58            .00          1106.58
GRAND GENEVA RESORT       UNSECURED          NOT FILED            .00             .00
ORCHARD BANK              UNSECURED          NOT FILED            .00             .00
FORD MOTOR CREDIT CO      UNSECURED            7411.36            .00          7411.36
INTERNAL REVENUE SERVICE  UNSECURED              85.27            .00            85.27
ILLINOIS DEPT REVENUE     UNSECURED              30.00            .00            30.00
        Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED       PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   242636.09    3099.06     8633.21        .00        254368.36
PRINCIPAL PAID       242636.09    3099.06     8633.21        .00        254368.36
INTEREST PAID          3749.08     590.99         .00        .00          4340.07
TOTAL PAID           246385.17    3690.05     8633.21        .00        258708.43
The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $   12015.87 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 12/12/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE